IN THE SUPREME COURT OF THE STATE OF NEVADA

JESSICA ARNOLD,
Appellant,
vs.
THE HERTZ CORPORATION; AND
JACOB DREY,
Respondents.

No. 74325

FILED

NOV 09 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals certain jurisdictional defects. Specifically, appellant fails to identify any appealable order. The notice of appeal challenges the dismissal of the Hertz Corporation as a defendant but does not refer to any specific order. The district court's order granting Hertz's motion for summary judgment was filed and written notice of entry was served on November 18, 2016. Appellant filed the notice of appeal on October 18, 2017; well after the 30-day deadline mandated by NRAP 4. *See* NRAP 4(a)(1); NRAP 26(c).

The order entered November 18, 2016, however, resolved only appellant's claims against Hertz, and was not certified pursuant to NRCP 54(b), and therefore is not a final appealable order. *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman,* 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). Appellant's claims against Jacob Drey remain pending

below. It appears, therefore, that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties.

We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Rob Bare, District Judge
Jessica Arnold
Ford, Walker, Haggerty & Behar/Las Vegas
Lincoln, Gustafson & Cercos
Eighth District Court Clerk